**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-11085 |
| | § | |
| STANISLAW OBROCHTA | § | |
| HELENA OBROCHTA | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/31/2016. The undersigned trustee was appointed on 03/31/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                         $2,800.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $12.90 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $2,787.10 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/12/2016 and the deadline for filing government claims was 12/12/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $700.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $700.00, for a total compensation of $700.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $38.92, for total expenses of $38.92.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/26/2018         By:   /s/ David P. Leibowitz
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| Case No.: | 16-11085 | Trustee Name: | David Leibowitz |
| Case Name: | OBROCHTA, STANISLAW AND OBROCHTA, HELENA | Date Filed (f) or Converted (c): | 03/31/2016 (f) |
| For the Period Ending: | 6/26/2018 | §341(a) Meeting Date: | 05/12/2016 |
| | | Claims Bar Date: | 12/12/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 6145 W. 80th Place Burbank, IL 60459 | $209,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2009 Subaru Impreza (80k miles; Vehicle title in name of daughter, the primary driver) | $2,250.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Updated per amended schedules filed 7/1/16 (dkt 14) | | | | | |
| 3 | 2007 Chrysler Pacifica (100k miles; heavy wear and tear) | $3,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Updated per amended schedules filed 7/1/16 (dkt 14) | | | | | |
| 4 | 1998 Dodge Ram (150k miles) heavy wear due to use in construction | $500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Updated per amended schedules filed 7/1/16 (dkt 14)) | | | | | |
| 5 | 2008 Nissan Rogue (110k miles) | $6,500.00 | $2,315.00 | | $2,302.70 | FA |
| Asset Notes: | Value and exemptions updated per amended schedules filed 7/1/16 (dkt 14); exempted $2,400 under 735 ILCS 5/12-1001(c) and $1,785 under 1001(b); non-exempt equity is $2315. | | | | | |
| 6 | 1999 Volvo S80 (150k miles) Joint titleholder with son who is primary driver | $250.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Updated per amended schedules filed 07/01/2016 (dkt #14). | | | | | |
| 7 | Chase Bank (0590) co-owner Joanna Obrochta (daughter) "added solely for estate purposes and due to language difficulties" | $1,250.00 | $0.00 | | $0.00 | FA |
| 8 | Obrochta Construction IL, Inc. S-Corporation | $687.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Asset removed in amended schedules filed 07/01/2016 (dkt #14) | | | | | |
| 9 | Typical small tools for construction/rehab work (hammers, saws, levels, etc | $2,000.00 | $500.00 | | $497.30 | FA |
| Asset Notes: | Exemption updated per amended schedules filed 07/01/2016 (dkt #14) | | | | | |
| 10 | Chase Bank Account ending in 7160 Obrochta Construction IL, Inc. owner | $678.00 | $0.00 | | $0.00 | FA |
| 11 | Kitchen table with chairs, couch, sofa, bedroom set, typical household items (u) | $900.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Updated per amended schedules filed 7/1/16 (dkt 14) | | | | | |
| 12 | 2 TV's; old stereo system (u) | $250.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Updated per amended schedules filed 7/1/16 (dkt 14) | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 16-11085 | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | OBROCHTA, STANISLAW AND OBROCHTA, HELENA | Date Filed (f) or Converted (c): | 03/31/2016 (f) |
| For the Period Ending: | 6/26/2018 | §341(a) Meeting Date: | 05/12/2016 |
| | | Claims Bar Date: | 12/12/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13 | Typical used clothing (u) | $400.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Updated per amended schedules filed 7/1/16 (dkt 14) | | | | | |
| 14 | Chase Bank (account ending 5353) (u) | $50.45 | $50.45 | | $0.00 | FA |
| **Asset Notes:** | Updated per amended schedules filed 7/1/16 (dkt 14) | | | | | |
| 15 | 2015 Chevrolet Express Van (u) | $19,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Updated per amended schedules filed 7/1/16 (dkt 14) | | | | | |

**TOTALS (Excluding unknown value)**     $247,215.45     $2,865.45     $2,800.00     **Gross Value of Remaining Assets** $0.00

| Initial Projected Date Of Final Report (TFR): | 09/03/2017 | Current Projected Date Of Final Report (TFR): | /s/ DAVID LEIBOWITZ |
| --- | --- | --- | --- |
| | | | DAVID LEIBOWITZ |

**FORM 2** Page No: 1 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-11085 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | OBROCHTA, STANISLAW AND OBROCHTA, HELENA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9183 | Checking Acct #: | ******8501 |
| Co-Debtor Taxpayer ID #: | **-***9184 | Account Title: | Obrochta |
| For Period Beginning: | 3/31/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/26/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/17/2016 | | OBROCHTA, STANISLAW AND OBROCHTA, HELENA | Payments for equity in 2008 Nissan Rogue & Debtor's tools (1 of 8) | * | $350.00 | | $350.00 |
| | {9} | | Payment 1 of 8    $59.30 | 1129-000 | | | $350.00 |
| | {5} | | Payment 1 of 8    $290.70 | 1129-000 | | | $350.00 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.20 | $349.80 |
| 11/29/2016 | | OBROCHTA, STANISLAW AND OBROCHTA, HELENA | Payments for equity in 2008 Nissan Rogue & Debtor's tools (2 of 8) | * | $350.00 | | $699.80 |
| | {9} | | Payment 2 of 8    $59.30 | 1129-000 | | | $699.80 |
| | {5} | | Payment 2 of 8    $290.70 | 1129-000 | | | $699.80 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.56 | $699.24 |
| 12/14/2016 | | HELENA OBROCHTA | Payments for equity in 2008 Nissan Rogue & Debtor's tools (3 of 8) | * | $350.00 | | $1,049.24 |
| | {9} | | Payment 3 of 8    $59.30 | 1129-000 | | | $1,049.24 |
| | {5} | | Payment 3 of 8    $290.70 | 1129-000 | | | $1,049.24 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.31 | $1,047.93 |
| 01/16/2017 | | OBROCHTA, STANISLAW AND OBROCHTA, HELENA | Payments for equity in 2008 Nissan Rogue & Debtor's tools (4 of 8) | * | $350.00 | | $1,397.93 |
| | {9} | | Payment 4 of 8    $63.88 | 1129-000 | | | $1,397.93 |
| | {5} | | Payment 4 of 8    $286.12 | 1129-000 | | | $1,397.93 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.96 | $1,395.97 |
| 02/21/2017 | | OBROCHTA, STANISLAW AND OBROCHTA, HELENA | Payments for equity in 2008 Nissan Rogue & Debtor's tools (5 of 8) | * | $350.00 | | $1,745.97 |
| | {9} | | Payment 5 of 8    $63.88 | 1129-000 | | | $1,745.97 |
| | {5} | | Payment 5 of 8    $286.12 | 1129-000 | | | $1,745.97 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.18 | $1,743.79 |
| 03/16/2017 | | OBROCHTA, STANISLAW AND OBROCHTA, HELENA | Payments for equity in 2008 Nissan Rogue & Debtor's tools (6 of 8) | * | $350.00 | | $2,093.79 |
| | {9} | | Payment 6 of 8    $63.88 | 1129-000 | | | $2,093.79 |
| | {5} | | Payment 6 of 8    $286.12 | 1129-000 | | | $2,093.79 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $3.30 | $2,090.49 |
| | | | **SUBTOTALS** | | $2,100.00 | $9.51 | |

FORM 2     Page No: 2     Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-11085 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | OBROCHTA, STANISLAW AND OBROCHTA, HELENA | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9183 | | | Checking Acct #: | ******8501 |
| Co-Debtor Taxpayer ID #: | **-***9184 | | | Account Title: | Obrochta |
| For Period Beginning: | 3/31/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/26/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/11/2017 | | OBROCHTA, STANISLAW AND OBROCHTA, HELENA | Payments for equity in 2008 Nissan Rogue & Debtor's tools (7 of 8) | * | $350.00 | | $2,440.49 |
| | {9} | | Payment 7 of 8    $63.88 | 1129-000 | | | $2,440.49 |
| | {5} | | Payment 7 of 8    $286.12 | 1129-000 | | | $2,440.49 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $3.39 | $2,437.10 |
| 05/10/2017 | | OBROCHTA, STANISLAW AND OBROCHTA, HELENA | Payments for equity in 2008 Nissan Rogue & Debtor's tools (8 of 8) | * | $350.00 | | $2,787.10 |
| | {9} | | Payment 8 of 8    $63.88 | 1129-000 | | | $2,787.10 |
| | {5} | | Payment 8 of 8    $286.12 | 1129-000 | | | $2,787.10 |
| | | | **TOTALS:** | | $2,800.00 | $12.90 | $2,787.10 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $2,800.00 | $12.90 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $2,800.00 | $12.90 | |

| For the period of 3/31/2016 to 6/26/2018 | | For the entire history of the account between 10/17/2016 to 6/26/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,800.00 | Total Compensable Receipts: | $2,800.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,800.00 | Total Comp/Non Comp Receipts: | $2,800.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $12.90 | Total Compensable Disbursements: | $12.90 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12.90 | Total Comp/Non Comp Disbursements: | $12.90 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-11085 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | OBROCHTA, STANISLAW AND OBROCHTA, HELENA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9183 | | Checking Acct #: | ******8501 |
| Co-Debtor Taxpayer ID #: | **-***9184 | | Account Title: | Obrochta |
| For Period Beginning: | 3/31/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/26/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,800.00 | $12.90 | $2,787.10 |

For the period of 3/31/2016 to 6/26/2018

| | |
|---|---|
| Total Compensable Receipts: | $2,800.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,800.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $12.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12.90 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the case between 03/31/2016 to 6/26/2018

| | |
|---|---|
| Total Compensable Receipts: | $2,800.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,800.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $12.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12.90 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No.: | 16-11085 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | OBROCHTA, STANISLAW AND OBROCHTA, HELENA | | | | | | | | Date: 6/26/2018 |
| Claims Bar Date: | 12/12/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1115 Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $700.00 | $0.00 | $0.00 | $0.00 | $700.00 |
| | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1115 Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $38.92 | $0.00 | $0.00 | $0.00 | $38.92 |
| | LAKELAW  53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $30.36 | $0.00 | $0.00 | $0.00 | $30.36 |
| | LAKELAW  53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| 3 | RICHARDS BUILDING SUPPLY  12070 W. 159th Street Homer Glen IL 60491 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,129.88 | $0.00 | $0.00 | $0.00 | $2,129.88 |
| 1 | DISCOVER BANK  Discover Products Inc PO Box 3025 New Albany OH 43054-3025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $5,590.00 | $0.00 | $0.00 | $0.00 | $5,590.00 |
| 2 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE  of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $5,099.84 | $0.00 | $0.00 | $0.00 | $5,099.84 |

## CLAIM ANALYSIS REPORT

Page No: 2
Exhibit C

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Case No. | 16-11085 | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | OBROCHTA, STANISLAW AND OBROCHTA, HELENA | | | | | | Date: | 6/26/2018 |
| Claims Bar Date: | 12/12/2016 | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4 | CAPITAL ONE NA<br><br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $178.25 | $0.00 | $0.00 | $0.00 | $178.25 |
| 5 | AMERICAN EXPRESS BANK FSB<br><br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $261.54 | $0.00 | $0.00 | $0.00 | $261.54 |
| 6 | AMERICAN EXPRESS CENTURION BANK<br><br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $824.52 | $0.00 | $0.00 | $0.00 | $824.52 |
| 7 | CAVALRY SPV I, LLC<br><br>Bass &#038; Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson AZ 85712 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,496.23 | $0.00 | $0.00 | $0.00 | $2,496.23 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Successor to Synchrony Bank (TJX)<br>POB 41067<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $472.53 | $0.00 | $0.00 | $0.00 | $472.53 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Successor to SYNCHRONY BANK (JC PENNEY CREDIT CARD)<br>POB 41067<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $523.32 | $0.00 | $0.00 | $0.00 | $523.32 |

**CLAIM ANALYSIS REPORT**

Page No: 3
Exhibit C

| Case No. | 16-11085 | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | OBROCHTA, STANISLAW AND OBROCHTA, HELENA | | | | | | | Date: | 6/26/2018 |
| Claims Bar Date: | 12/12/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Successor to SYNCHRONY BANK(LOWES)<br>POB 41067<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $3,095.81 | $0.00 | $0.00 | $0.00 | $3,095.81 |
| | | | | | $21,941.20 | $0.00 | $0.00 | $0.00 | $21,941.20 |

| | | |
|---|---|---|
| **Case No.** | 16-11085 | **Trustee Name:** David Leibowitz |
| **Case Name:** | OBROCHTA, STANISLAW AND OBROCHTA, HELENA | **Date:** 6/26/2018 |
| **Claims Bar Date:** | 12/12/2016 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $30.36 | $30.36 | $0.00 | $0.00 | $0.00 | $30.36 |
| Attorney for Trustee Fees (Trustee Firm) | $500.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| General Unsecured § 726(a)(2) | $2,129.88 | $2,129.88 | $0.00 | $0.00 | $0.00 | $2,129.88 |
| Payments to Unsecured Credit Card Holders | $18,542.04 | $18,542.04 | $0.00 | $0.00 | $0.00 | $18,542.04 |
| Trustee Compensation | $700.00 | $700.00 | $0.00 | $0.00 | $0.00 | $700.00 |
| Trustee Expenses | $38.92 | $38.92 | $0.00 | $0.00 | $0.00 | $38.92 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 16-11085
Case Name: STANISLAW OBROCHTA
HELENA OBROCHTA
Trustee Name: David P. Leibowitz

Balance on hand: $2,787.10

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,787.10

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $700.00 | $0.00 | $700.00 |
| David P. Leibowitz, Trustee Expenses | $38.92 | $0.00 | $38.92 |
| Lakelaw, Attorney for Trustee Fees | $500.00 | $0.00 | $500.00 |
| Lakelaw, Attorney for Trustee Expenses | $30.36 | $0.00 | $30.36 |

Total to be paid for chapter 7 administrative expenses: $1,269.28
Remaining balance: $1,517.82

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,517.82

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00

**UST Form 101-7-TFR (5/1/2011)**

|                              | Remaining balance: | $1,517.82 |
|---|---|---|

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $20,671.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $5,590.00 | $0.00 | $410.45 |
| 2 | PYOD, LLC its successors and assigns as assignee | $5,099.84 | $0.00 | $374.45 |
| 3 | Richards Building Supply | $2,129.88 | $0.00 | $156.38 |
| 4 | Capital One NA | $178.25 | $0.00 | $13.09 |
| 5 | American Express Bank FSB | $261.54 | $0.00 | $19.20 |
| 6 | American Express Centurion Bank | $824.52 | $0.00 | $60.54 |
| 7 | Cavalry Spv I, LLC | $2,496.23 | $0.00 | $183.28 |
| 8 | Portfolio Recovery Associates, LLC | $472.53 | $0.00 | $34.70 |
| 9 | Portfolio Recovery Associates, LLC | $523.32 | $0.00 | $38.42 |
| 10 | Portfolio Recovery Associates, LLC | $3,095.81 | $0.00 | $227.31 |

|  | Total to be paid to timely general unsecured claims: | $1,517.82 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**