# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 16-11085 |
| | § | |
| STANISLAW OBROCHTA | § | |
| HELENA OBROCHTA | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 08/21/2018, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   07/17/2018                    By:   /s/ David P. Leibowitz
                                                   Trustee

David P. Leibowitz
53 West Jackson Boulevard, Suite 1115
Chicago, IL 60604

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-11085 |
| | § | |
| STANISLAW OBROCHTA | § | |
| HELENA OBROCHTA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $2,800.00
*and approved disbursements of*  $12.90
*leaving a balance on hand of[1]:*  $2,787.10

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $2,787.10

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $700.00 | $0.00 | $700.00 |
| David P. Leibowitz, Trustee Expenses | $38.92 | $0.00 | $38.92 |
| Lakelaw, Attorney for Trustee Fees | $500.00 | $0.00 | $500.00 |
| Lakelaw, Attorney for Trustee Expenses | $30.36 | $0.00 | $30.36 |

Total to be paid for chapter 7 administrative expenses:  $1,269.28
Remaining balance:  $1,517.82

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|   |   |   |
|---|---|---|
| Total to be paid to prior chapter administrative expenses: | | $0.00 |
| Remaining balance: | | $1,517.82 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|   |   |   |
|---|---|---|
| Total to be paid to priority claims: | | $0.00 |
| Remaining balance: | | $1,517.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $20,671.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $5,590.00 | $0.00 | $410.45 |
| 2 | PYOD, LLC its successors and assigns as assignee | $5,099.84 | $0.00 | $374.45 |
| 3 | Richards Building Supply | $2,129.88 | $0.00 | $156.38 |
| 4 | Capital One NA | $178.25 | $0.00 | $13.09 |
| 5 | American Express Bank FSB | $261.54 | $0.00 | $19.20 |
| 6 | American Express Centurion Bank | $824.52 | $0.00 | $60.54 |
| 7 | Cavalry Spv I, LLC | $2,496.23 | $0.00 | $183.28 |
| 8 | Portfolio Recovery Associates, LLC | $472.53 | $0.00 | $34.70 |
| 9 | Portfolio Recovery Associates, LLC | $523.32 | $0.00 | $38.42 |
| 10 | Portfolio Recovery Associates, LLC | $3,095.81 | $0.00 | $227.31 |

|   |   |   |
|---|---|---|
| Total to be paid to timely general unsecured claims: | | $1,517.82 |
| Remaining balance: | | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
53 West Jackson Boulevard, Suite 1115
Chicago, IL 60604

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Stanislaw Obrochta  
Helena Obrochta  
    Debtors

Case No. 16-11085-JBS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: nbatson    Page 1 of 1    Date Rcvd: Jul 18, 2018  
                    Form ID: pdf006    Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2018.
```
db/jdb        +Stanislaw Obrochta,   Helena Obrochta,   6145 W. 80th Place,   Burbank, IL 60459-1821
aty          #+David P Leibowitz,   Lakelaw,   53 West Jackson Boulevard, Suite 1610,   Chicago, IL 60604-3747
25102446       American Express Bank FSB,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
25102448       American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                Malvern  PA 19355-0701
25027704       Capital One NA,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
25162876      +Cavalry Spv I, LLC,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
                Tucson, AZ 85712-1083
24384510      +Richards Building Supply,   12070 W. 159th Street,   Homer Glen, IL 60491-7850
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
24895876       E-mail/Text: mrdiscen@discover.com Jul 19 2018 00:28:26      Discover Bank,
                Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
25163776       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2018 00:31:57
                Portfolio Recovery Associates, LLC,   Successor to SYNCHRONY BANK,    (JC PENNEY CREDIT CARD),
                POB 41067,   Norfolk, VA 23541
25167000       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2018 00:31:41
                Portfolio Recovery Associates, LLC,   Successor to SYNCHRONY BANK(LOWES),   POB 41067,
                Norfolk, VA 23541
25163109       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2018 00:42:32
                Portfolio Recovery Associates, LLC,   Successor to Synchrony Bank (TJX),   POB 41067,
                Norfolk, VA 23541
24934831      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 19 2018 00:31:29
                PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2018 at the address(es) listed below:
```
         Andrew J Nelson    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
          Liability Company anelson@atty-pierce.com, northerndistrict@atty-pierce.com
         Dariusz T Wator    on behalf of Debtor 1 Stanislaw  Obrochta bankruptcy@4legalbasics.com,
          dariusz.wator@4legalbasics.com
         Dariusz T Wator    on behalf of Debtor 2 Helena  Obrochta bankruptcy@4legalbasics.com,
          dariusz.wator@4legalbasics.com
         David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
          il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
         David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
          il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 6
```