**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 16-11085 |
|---|---|---|
|  | § |  |
| STANISLAW OBROCHTA | § |  |
| HELENA OBROCHTA | § |  |
|  | § |  |
| Debtor(s) | § |  |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $200,100.45 | Assets Exempt: | $44,300.00 |
| Total Distributions to Claimants: | $1,517.82 | Claims Discharged Without Payment: | $39,989.10 |
| Total Expenses of Administration: | $1,282.18 | | |

3)   Total gross receipts of $2,800.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $2,800.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $326,557.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,282.18 | $1,282.18 | $1,282.18 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $40,744.88 | $20,671.92 | $20,671.92 | $1,517.82 |
| **Total Disbursements** | $367,301.88 | $21,954.10 | $21,954.10 | $2,800.00 |

4). This case was originally filed under chapter 7 on 03/31/2016. The case was pending for 31 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/02/2018         By:   /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2008 Nissan Rogue (110k miles) | 1129-000 | $2,302.70 |
| Typical small tools for construction/rehab work (hammers, saws, levels, etc | 1129-000 | $497.30 |
| **TOTAL GROSS RECEIPTS** | | **$2,800.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial | 4110-000 | $36,139.00 | $0.00 | $0.00 | $0.00 |
| | Bayview Financial Loan | 4110-000 | $290,418.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$326,557.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $700.00 | $700.00 | $700.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $38.92 | $38.92 | $38.92 |
| Green Bank | 2600-000 | NA | $12.90 | $12.90 | $12.90 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $500.00 | $500.00 | $500.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $30.36 | $30.36 | $30.36 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$1,282.18** | **$1,282.18** | **$1,282.18** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $5,719.00 | $5,590.00 | $5,590.00 | $410.45 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $4,961.00 | $5,099.84 | $5,099.84 | $374.45 |
| 3 | Richards Building Supply | 7100-000 | $2,129.88 | $2,129.88 | $2,129.88 | $156.38 |
| 4 | Capital One NA | 7100-900 | $103.00 | $178.25 | $178.25 | $13.09 |
| 5 | American Express Bank FSB | 7100-900 | $182.00 | $261.54 | $261.54 | $19.20 |
| 6 | American Express Centurion Bank | 7100-900 | $748.00 | $824.52 | $824.52 | $60.54 |
| 7 | Cavalry Spv I, LLC | 7100-900 | $2,290.00 | $2,496.23 | $2,496.23 | $183.28 |
| 8 | Portfolio Recovery Associates, LLC | 7100-900 | $383.00 | $472.53 | $472.53 | $34.70 |
| 9 | Portfolio Recovery Associates, LLC | 7100-900 | $299.00 | $523.32 | $523.32 | $38.42 |
| 10 | Portfolio Recovery Associates, LLC | 7100-900 | $3,095.00 | $3,095.81 | $3,095.81 | $227.31 |
|  | AES/Chase Bank | 7100-000 | $13,160.00 | $0.00 | $0.00 | $0.00 |
|  | AES/Chase Bank | 7100-000 | $1,373.00 | $0.00 | $0.00 | $0.00 |
|  | Chase | 7100-000 | $495.00 | $0.00 | $0.00 | $0.00 |
|  | Chase | 7100-000 | $2,236.00 | $0.00 | $0.00 | $0.00 |
|  | Citibank / Sears | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Comenity Bank/Carsons | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Elan Financial Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | PNC Bank, N.A. (2) | 7100-000 | $2,948.00 | $0.00 | $0.00 | $0.00 |
|  | Polish & Slavic Federal Credi Union | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Synchrony Bank/Amazon | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Synchrony Bank/Care Credit | 7100-000 | $623.00 | $0.00 | $0.00 | $0.00 |
|  | Synchrony Bank/Walmart | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Synchrony/Nation wide/Brand D | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Visa Dept Store National Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $40,744.88 | $20,671.92 | $20,671.92 | $1,517.82 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 16-11085 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | OBROCHTA, STANISLAW AND OBROCHTA, HELENA | | Date Filed (f) or Converted (c): | 03/31/2016 (f) |
| For the Period Ending: | 10/2/2018 | | §341(a) Meeting Date: | 05/12/2016 |
| | | | Claims Bar Date: | 12/12/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 6145 W. 80th Place Burbank, IL 60459 | $209,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2009 Subaru Impreza (80k miles; Vehicle title in name of daughter, the primary driver) | $2,250.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Updated per amended schedules filed 7/1/16 (dkt 14) | | | | | |
| 3 | 2007 Chrysler Pacifica (100k miles; heavy wear and tear) | $3,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Updated per amended schedules filed 7/1/16 (dkt 14) | | | | | |
| 4 | 1998 Dodge Ram (150k miles) heavy wear due to use in construction | $500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Updated per amended schedules filed 7/1/16 (dkt 14)) | | | | | |
| 5 | 2008 Nissan Rogue (110k miles) | $6,500.00 | $2,315.00 | | $2,302.70 | FA |
| Asset Notes: | Value and exemptions updated per amended schedules filed 7/1/16 (dkt 14); exempted $2,400 under 735 ILCS 5/12-1001(c) and $1,785 under 1001(b); non-exempt equity is $2315. | | | | | |
| 6 | 1999 Volvo S80 (150k miles) Joint titleholder with son who is primary driver | $250.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Updated per amended schedules filed 07/01/2016 (dkt #14). | | | | | |
| 7 | Chase Bank (0590) co-owner Joanna Obrochta (daughter) "added solely for estate purposes and due to language difficulties" | $1,250.00 | $0.00 | | $0.00 | FA |
| 8 | Obrochta Construction IL, Inc. S-Corporation | $687.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Asset removed in amended schedules filed 07/01/2016 (dkt #14) | | | | | |
| 9 | Typical small tools for construction/rehab work (hammers, saws, levels, etc | $2,000.00 | $500.00 | | $497.30 | FA |
| Asset Notes: | Exemption updated per amended schedules filed 07/01/2016 (dkt #14) | | | | | |
| 10 | Chase Bank Account ending in 7160 Obrochta Construction IL, Inc. owner | $678.00 | $0.00 | | $0.00 | FA |
| 11 | Kitchen table with chairs, couch, sofa, bedroom set, typical household items (u) | $900.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Updated per amended schedules filed 7/1/16 (dkt 14) | | | | | |
| 12 | 2 TV's; old stereo system (u) | $250.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Updated per amended schedules filed 7/1/16 (dkt 14) | | | | | |

**FORM 1**
Page No: 2  Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 16-11085 | Trustee Name: | David Leibowitz |
| Case Name: | OBROCHTA, STANISLAW AND OBROCHTA, HELENA | Date Filed (f) or Converted (c): | 03/31/2016 (f) |
| For the Period Ending: | 10/2/2018 | §341(a) Meeting Date: | 05/12/2016 |
| | | Claims Bar Date: | 12/12/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13  Typical used clothing  (u) | $400.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Updated per amended schedules filed 7/1/16 (dkt 14) | | | | | |
| 14  Chase Bank (account ending 5353)  (u) | $50.45 | $50.45 | | $0.00 | FA |
| Asset Notes:  Updated per amended schedules filed 7/1/16 (dkt 14) | | | | | |
| 15  2015 Chevrolet Express Van  (u) | $19,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Updated per amended schedules filed 7/1/16 (dkt 14) | | | | | |

**TOTALS (Excluding unknown value)**  Gross Value of Remaining Assets

| | $247,215.45 | $2,865.45 | | $2,800.00 | $0.00 |

**Major Activities affecting case closing:**

06/27/2018  2018 Reporting Period:
TFR submitted for UST review on June 26, 2018.

**Initial Projected Date Of Final Report (TFR):**  09/03/2017  **Current Projected Date Of Final Report (TFR):**  /s/ DAVID LEIBOWITZ
DAVID LEIBOWITZ

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-11085 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | OBROCHTA, STANISLAW AND OBROCHTA, HELENA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9183 | Checking Acct #: | ******8501 |
| Co-Debtor Taxpayer ID #: | **-***9184 | Account Title: | Obrochta |
| For Period Beginning: | 3/31/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/2/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/17/2016 | | OBROCHTA, STANISLAW AND OBROCHTA, HELENA | Payments for equity in 2008 Nissan Rogue & Debtor's tools (1 of 8) | * | $350.00 | | $350.00 |
| | {9} | | Payment 1 of 8    $59.30 | 1129-000 | | | $350.00 |
| | {5} | | Payment 1 of 8    $290.70 | 1129-000 | | | $350.00 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.20 | $349.80 |
| 11/29/2016 | | OBROCHTA, STANISLAW AND OBROCHTA, HELENA | Payments for equity in 2008 Nissan Rogue & Debtor's tools (2 of 8) | * | $350.00 | | $699.80 |
| | {9} | | Payment 2 of 8    $59.30 | 1129-000 | | | $699.80 |
| | {5} | | Payment 2 of 8    $290.70 | 1129-000 | | | $699.80 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.56 | $699.24 |
| 12/14/2016 | | HELENA OBROCHTA | Payments for equity in 2008 Nissan Rogue & Debtor's tools (3 of 8) | * | $350.00 | | $1,049.24 |
| | {9} | | Payment 3 of 8    $59.30 | 1129-000 | | | $1,049.24 |
| | {5} | | Payment 3 of 8    $290.70 | 1129-000 | | | $1,049.24 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.31 | $1,047.93 |
| 01/16/2017 | | OBROCHTA, STANISLAW AND OBROCHTA, HELENA | Payments for equity in 2008 Nissan Rogue & Debtor's tools (4 of 8) | * | $350.00 | | $1,397.93 |
| | {9} | | Payment 4 of 8    $63.88 | 1129-000 | | | $1,397.93 |
| | {5} | | Payment 4 of 8    $286.12 | 1129-000 | | | $1,397.93 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.96 | $1,395.97 |
| 02/21/2017 | | OBROCHTA, STANISLAW AND OBROCHTA, HELENA | Payments for equity in 2008 Nissan Rogue & Debtor's tools (5 of 8) | * | $350.00 | | $1,745.97 |
| | {9} | | Payment 5 of 8    $63.88 | 1129-000 | | | $1,745.97 |
| | {5} | | Payment 5 of 8    $286.12 | 1129-000 | | | $1,745.97 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.18 | $1,743.79 |
| 03/16/2017 | | OBROCHTA, STANISLAW AND OBROCHTA, HELENA | Payments for equity in 2008 Nissan Rogue & Debtor's tools (6 of 8) | * | $350.00 | | $2,093.79 |
| | {9} | | Payment 6 of 8    $63.88 | 1129-000 | | | $2,093.79 |
| | {5} | | Payment 6 of 8    $286.12 | 1129-000 | | | $2,093.79 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $3.30 | $2,090.49 |
| | | | **SUBTOTALS** | | $2,100.00 | $9.51 | |

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 16-11085 | **Trustee Name:** David Leibowitz |
| **Case Name:** | OBROCHTA, STANISLAW AND OBROCHTA, HELENA | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***9183 | **Checking Acct #:** ******8501 |
| **Co-Debtor Taxpayer ID #:** | **-***9184 | **Account Title:** Obrochta |
| **For Period Beginning:** | 3/31/2016 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 10/2/2018 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/11/2017 | | OBROCHTA, STANISLAW AND OBROCHTA, HELENA | Payments for equity in 2008 Nissan Rogue & Debtor's tools (7 of 8) | * | $350.00 | | $2,440.49 |
| | {9} | | Payment 7 of 8                              $63.88 | 1129-000 | | | $2,440.49 |
| | {5} | | Payment 7 of 8                             $286.12 | 1129-000 | | | $2,440.49 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $3.39 | $2,437.10 |
| 05/10/2017 | | OBROCHTA, STANISLAW AND OBROCHTA, HELENA | Payments for equity in 2008 Nissan Rogue & Debtor's tools (8 of 8) | * | $350.00 | | $2,787.10 |
| | {9} | | Payment 8 of 8                              $63.88 | 1129-000 | | | $2,787.10 |
| | {5} | | Payment 8 of 8                             $286.12 | 1129-000 | | | $2,787.10 |
| 08/26/2018 | 3001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $38.92 | $2,748.18 |
| 08/26/2018 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $700.00 | $2,048.18 |
| 08/26/2018 | 3003 | Lakelaw | Claim #: ; Amount Claimed: $500.00; Distribution Dividend: 100.00%; | 3110-000 | | $500.00 | $1,548.18 |
| 08/26/2018 | 3004 | Lakelaw | Claim #: ; Amount Claimed: $30.36; Distribution Dividend: 100.00%; | 3120-000 | | $30.36 | $1,517.82 |
| 08/26/2018 | 3005 | Discover Bank | Claim #: 1; Amount Claimed: $5,590.00; Distribution Dividend: 7.34%; | 7100-900 | | $410.45 | $1,107.37 |
| 08/26/2018 | 3006 | PYOD, LLC its successors and assigns as assignee | Claim #: 2; Amount Claimed: $5,099.84; Distribution Dividend: 7.34%; | 7100-900 | | $374.45 | $732.92 |
| 08/26/2018 | 3007 | Richards Building Supply | Claim #: 3; Amount Claimed: $2,129.88; Distribution Dividend: 7.34%; | 7100-000 | | $156.38 | $576.54 |
| 08/26/2018 | 3008 | Capital One NA | Claim #: 4; Amount Claimed: $178.25; Distribution Dividend: 7.34%; | 7100-900 | | $13.09 | $563.45 |
| 08/26/2018 | 3009 | American Express Bank FSB | Claim #: 5; Amount Claimed: $261.54; Distribution Dividend: 7.34%; | 7100-900 | | $19.20 | $544.25 |
| 08/26/2018 | 3010 | American Express Centurion Bank | Claim #: 6; Amount Claimed: $824.52; Distribution Dividend: 7.34%; | 7100-900 | | $60.54 | $483.71 |
| 08/26/2018 | 3011 | Cavalry Spv I, LLC | Claim #: 7; Amount Claimed: $2,496.23; Distribution Dividend: 7.34%; | 7100-900 | | $183.28 | $300.43 |
| | | | **SUBTOTALS** | | $700.00 | $2,490.06 | |

FORM 2    Page No: 3    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-11085 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | OBROCHTA, STANISLAW AND OBROCHTA, HELENA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9183 | Checking Acct #: | ******8501 |
| Co-Debtor Taxpayer ID #: | **-***9184 | Account Title: | Obrochta |
| For Period Beginning: | 3/31/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/2/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/26/2018 | 3012 | Portfolio Recovery Associates, LLC | Claim #: 8; Amount Claimed: $472.53; Distribution Dividend: 7.34%; | 7100-900 | | $34.70 | $265.73 |
| 08/26/2018 | 3013 | Portfolio Recovery Associates, LLC | Claim #: 9; Amount Claimed: $523.32; Distribution Dividend: 7.34%; | 7100-900 | | $38.42 | $227.31 |
| 08/26/2018 | 3014 | Portfolio Recovery Associates, LLC | Claim #: 10; Amount Claimed: $3,095.81; Distribution Dividend: 7.34%; | 7100-900 | | $227.31 | $0.00 |

|  |  |  |
|---|---|---|
| **TOTALS:** | $2,800.00 | $2,800.00 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $2,800.00 | $2,800.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $2,800.00 | $2,800.00 | |

| For the period of 3/31/2016 to 10/2/2018 | | For the entire history of the account between 10/17/2016 to 10/2/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,800.00 | Total Compensable Receipts: | $2,800.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,800.00 | Total Comp/Non Comp Receipts: | $2,800.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,800.00 | Total Compensable Disbursements: | $2,800.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,800.00 | Total Comp/Non Comp Disbursements: | $2,800.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4    Exhibit 9

| Case No. | 16-11085 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | OBROCHTA, STANISLAW AND OBROCHTA, HELENA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9183 | | Checking Acct #: | ******8501 |
| Co-Debtor Taxpayer ID #: | **-***9184 | | Account Title: | Obrochta |
| For Period Beginning: | 3/31/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/2/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $2,800.00 | $2,800.00 | $0.00 |

**For the period of 3/31/2016 to 10/2/2018**

| | |
|---|---|
| Total Compensable Receipts: | $2,800.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,800.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,800.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,800.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/31/2016 to 10/2/2018**

| | |
|---|---|
| Total Compensable Receipts: | $2,800.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,800.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,800.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,800.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ